# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Name of Presiding Judge, Hon.    Schwartz

**90-B-15485**                                    **December 5, 2006 at 10:00 a.m.**

Case No.------------------------------------    Date -------------------------------

**In re: Stotler and Company**

Title of Cause ------------------------------------------------------------------------------

**Motion for Withdrawal of Monies**

Brief statement ----------------------------------------------------------------------------

------------------------------------------------------------------------------------

The rules of this court require counsel to furnish the names of all parties entitled to notice of the addresses of their attorneys. Please do this immediately (separate lists may be appended).

**Law Offices of Daniel J. Winter**

Names and ----------------------------------------------------------------------------------
Addresses of
moving counsel      53 West Jackson, Suite 725
------------------------------------------------------------------------------------------

Chicago, IL  60604
------------------------------------------------------------------------------------------

312-427-1613

representing --------------------------------------------------------------------------------

**claimant(s)** *Names + Addresses Inc*
------------------------------------------------------------------------------------------

Names and ----------------------------------------------------------------------------------
Addresses of
other counsel      **See attached Service List**
entitled to ---------------------------------------------------------------------------------
notice and names ------------------------------------------------------------------------- of
parties they
represent. ----------------------------------------------------------------------------------

**Reserve space below for notations by the Courtroom deputy.**

------------------------------------------------------------------------------------------

*This Motion is hereby withdrawn*

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

**Hand this memorandum to the Courtroom Deputy. Counsel will not rise to address the Court until motion has been called.**