UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )      CASE NO. 90 B15485
                                    )
Stotler and Company                 )
                                    )      Judge: John D. Schwartz
                    Debtor          )
                                    )

### ORDER TO WITHDRAW MONEY'S UNDER 28 U.S.C. SECTION 2024

### ON BEHALF OF THE CLAIMANT PHILIP E. STAPLES

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,438.38 to Philip E. Staples (Social Security No. XXX-XX-3341) claimant, in the above captioned case.

Dated: **1 4 FEB 2007**

_____
UNITED STATES BANKRUPTCY JUDGE

Payment to be sent to:
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico  88345