# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In Re:  )
  )
    Stotler & Company  )  Bankruptcy Case No. 90-15485
  )  Leading Case No.
  )
Debtor  )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,506.70 to MHC Associates, Inc, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: **NOV - 7 2007**

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:
    MHC Associates, Inc
    c/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027