**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STOTLER AND COMPANY | ) | CASE NO.: 90-15485 |
| | ) | |
| | ) | CHAPTER 7 |

**ORDER DIRECTING PAYMENT**
**OF FUNDS TO CREDITOR/CLAIMANT**

On the application of David Hershkowitz (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in the approximate amount of $1,186.16) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid to David Hershkowitz (Tax ID#87-0189025 ) and mailed to Neely Goen at American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ____ day of _____, 200__.

_____
United States Bankruptcy Judge

**2 7 AUG 2008**

CC: Financial Administrator