UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
Stotler & Company ) CASE NO.: 90 B 15485
)
) CHAPTER 7

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Mee Corporation of New Jersey (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in the approximate amount of $2,100.00) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid to Mee Corporation of New Jersey (Tax ID#22-3013996) and mailed to Neely Goen at American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ___ day of _____, 200__.

_____
United States Bankruptcy Judge

27 AUG 2008

CC: Financial Administrator